# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
## JACKSON DIVISION

| | |
|---|---|
| TONY L. COLLINS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 3:05cv431WHB-JCS |
| AMERICAN BANKERS INSURANCE ) | |
| COMPANY OF FLORIDA (a/k/a ASSURANT ) | |
| GROUP), FOUNT SMITH (d/b/a PROPERTY ) | |
| AND CASUALTY CLAIMS SERVICE), ) | |
| CHASE HOME FINANCE LLC, and 21st ) | |
| MORTGAGE CORPORATION ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the motion *ore tenus* of the parties to dismiss with prejudice the Plaintiff's claims against all Defendants. After being fully advised in the premises, the Court finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the claims of Tony L. Collins against American Bankers Insurance Company of Florida (a/k/a Assurant Group), Fount Smith (d/b/a Property and Casualty Claims Service), Chase Home Finance LLC, and 21st Mortgage Corporation are hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED, this the 1st day of June, 2006.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE

JO.99330893.1

APPROVED AND AGREED:

s/Vernon H. Chadwick
COUNSEL FOR TONY L. COLLINS


s/Clarence T. Guthrie III
COUNSEL FOR CHASE HOME FINANCE LLC


s/Trey C. Dellinger
COUNSEL FOR AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA AND FOUNT SMITH


s/Keith Foreman
COUNSEL FOR 21st MORTGAGE CORPORATION

JO.99330893.1